**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7333**

---

BRUCE CALDWELL,

Plaintiff - Appellant,

versus

THOMAS C. RUFFINO, Director of West Tennessee
Detention Facility; FRANKLIN FREEMAN, Secre-
tary of North Carolina Department of Correc-
tion; MICHAEL EASLEY, Attorney General of
North Carolina; JAMES HUNT, Governor of North
Carolina,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, District
Judge. (CA-95-431-5-BR)

---

Submitted: January 18, 1996          Decided: February 1, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bruce Caldwell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Caldwell v. Ruffino, No. CA-95-431-5-BR (E.D.N.C. Aug. 9, 1995).

Because Appellant has failed to demonstrate the requisite extraordinary circumstances, we also deny his motion for appointment of counsel. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED